**FILED**
**JUL 22 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Samora Andre Ormsby aka Reginald Allen Fortune

**WARRANT FOR ARREST**

**08 - 450 - M - 01**

Case No. DKC 08-CR-0245

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Samora Andre Ormsby aka Reginald Allen Fortune and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him/her with (brief description of offense):

Illegal Reentry of a Deported Alien After Felony Conviction

in violation of Title 8 United States Code. Section(s) 1326(a) and (b)(1)

Felicia C. Cannon
Name of Issuing Officer

(signature)
(By) Deputy Clerk

Bail fixed at $ No Recommendation

Clerk, United States District Court
Title of Issuing Officer

May 22, 2008    Greenbelt, MD
Date and Location

by Thomas M. DiGirolamo, U.S. Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 22 JUL 08 | Deputy  DUSM Robert A. By— | Robert By— |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : 08-450-M-01 |
| v. | : CRIMINAL NO. DKC 08 CR 0245 |
| SAMORA ANDRE ORMSBY, a/k/a Reginald Allen Fortune | : |

...oOo...

MR. CLERK:

Please issue a Bench Warrant for the arrest of the above-named defendant, who is charged by Indictment with violation of 8 U.S.C. § 1326(a) and who may presently be residing in Prince Georges County, Maryland.

Rod J. Rosenstein
United States Attorney

By: _____
Deborah A. Johnston
Assistant United States Attorney

ORDER

It is this 21st day of May, 2008, hereby

ORDERED, that a Bench Warrant be issued for the arrest of the above-named defendant as prayed.

_____
Magistrate Judge
U.S. District Court for the
District of Maryland

I hereby attest and certify on 5/23/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 21 2008

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

SAMORA ANDRE ORMSBY,
a/k/a Reginald Allen Fortune,

Defendant

08-450-M-01

CRIMINAL NO. DKC 08 CR 0245

(Illegal Reentry of a Deported Alien
After Felony Conviction, 8 U.S.C.
§§ 1326(a) and (b)(1))

* * * * * * *

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about April 14, 2008, in the District of Maryland, the defendant

SAMORA ANDRE ORMSBY,
a/k/a Reginald Allen Fortune,

an alien who previously had been deported and removed after having been convicted of a felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. §§ 1326(a) and (b)(1)

Rod J. Rosenstein
United States Attorney

Dated: May 21, 2008

A TRUE BILL

_____
Foreperson

I hereby attest and certify on 5/__/08
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy