AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

UNITED STATES DISTRICT COURT **FILED**

FOR THE _____ DISTRICT OF COLUMBIA

JUL 2 2 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

V.

SAMORA ANDRE ORMSBY a/k/a Reginald A. Fortune

CASE NUMBER: Cr 08-450-M

Defendant

CHARGING DISTRICTS
CASE NUMBER: DKC 08 CR 0245

I understand that charges are pending in the _____ District of Maryland

alleging violation of 8 U.S.C. § 1326(a) and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Samora Ormsby
Defendant

July 22, 2008
Date

_____
Shawn Moore
Defense Counsel

Client asserts 5th and 6th Amendment rights